IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MARTINEZ,<br><br>Defendant. | Case No.: 1:17-cr-00264-009 JLT<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on December 16, 2022, to Time Served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith.

A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated: __December 16, 2022__

_Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE